Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Puerto Rico**

Case number (if known): _____     Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **THE PHOENIX FUND LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 6 6 – 0 8 9 2 5 7 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **VILLA CAPARRA** | **PO Box 11852** |
| **243 CARR. #2** | |
| Number        Street | Number        Street |
| **Guaynabo, PR 00966** | **San Juan, PR 00922** |
| City                    State      ZIP Code | City                    State      ZIP Code |
| **Guaynabo** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number        Street |
| | City                    State      ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **THE PHOENIX FUND LLC**
Name

Case number *(if known)*

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
<u>5</u>  <u>2</u>  <u>3</u>  <u>9</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor **THE PHOENIX FUND LLC**
Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐  It needs to be physically secured or protected from the weather.<br><br>☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐  Other _____<br><br>**Where is the property?** _____<br>Number        Street<br><br>_____<br><br>_____<br>City        State   ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br>Contact name _____<br>Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☑ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor  **THE PHOENIX FUND LLC**
Name

Case number *(if known)*

| 16. Estimated liabilities | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ☑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■    I have been authorized to file this petition on behalf of the debtor.

■    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **02/23/2026**
MM/  DD/  YYYY

X  **/s/ FRANCISCO J. RIVERA FERNANDEZ**
Signature of authorized representative of debtor

**FRANCISCO J. RIVERA FERNANDEZ**
Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

X    **/s/ Alexis Fuentes-Hernandez**
Signature of attorney for debtor

Date  **02/23/2026**
MM/  DD/  YYYY

**Alexis Fuentes-Hernandez**
Printed name

**Fuentes Law Offices, LLC**
Firm name

**P.O. Box 9022726**
Number        Street

**San Juan**
City

**PR**
State

**00902-2726**
ZIP Code

**(787) 722-5215**
Contact phone

**fuenteslaw@icloud.com**
Email address

**217201**
Bar number

**PR**
State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **4**

| Fill in this information to identify the case: |
|---|
| Debtor name **THE PHOENIX FUND LLC** |
| United States Bankruptcy Court for the: **District of Puerto Rico** |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 FONDO DEL SEGURO DEL ESTADO  OFICINA REGIONAL SJ PO BOX 42006 SAN JUAN, PR 00940-2006 | | LOANS AND GUARANTEES | | | | $99,500,000.00 |
| 2 AG SUPERMASTER FUND  C/O DEBEVOISE & PLIMPTON LLP 66 HUDSON BOULEVARD E. NEW YORK, NY 10001 | | LAWSUIT | Disputed Unliquidated | | | $80,000,000.00 |
| 3 JOSE A. ROJAS RIVERA & WIFE  55 CALLE ARZUAGA SAN JUAN, PR 00918 | | DEPOSIT OWED | | | | $25,484,929.45 |
| 4 DORADO HEALTH GROUP LLC  1000 ASHFORD AVE. 4 UNIT SAN JUAN, PR 00907 | | TAX CREDITS | Unliquidated | | | $20,878,822.00 |
| 5 ACRECENT FINANCIAL LLC  A/K/A SIGNUS PO Box 363372 SAN JUAN, PR 00936-3372 | | CORPORATE GUARANTEE | | | | $14,897,930.00 |
| 6 THE PHOENIX FUND ADVISORS LLC  PO Box 11852 SAN JUAN, PR 00922 | | LOANS, FEES, AND REIMBURSEMENTS | | | | $10,356,523.00 |
| 7 AXIS HOLDINGS LLC  PO Box 191958 SAN JUAN, PR 00919 | | LAWSUIT | Contingent Disputed Unliquidated | | | $5,652,923.00 |
| 8 FOLEY & LARDNER LLP  100 NORTH TAMPA ST. SUITE 2700 TAMPA, FL 33602 | | LEGAL SERVICES | | | | $1,727,766.23 |

Debtor    **THE PHOENIX FUND LLC**       Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 TROPIGAS PUERTO RICO, INC. PO Box 70205 SAN JUAN, PR 00936-8205 | | JUDGMENT (TAX CREDITS) | | | | $846,982.00 |
| 10 NOVUS INC. 655 CUBITAS ST. GUAYNABO, PR 00969-2802 | | PENDING TAX CREDITS | | | | $774,558.39 |
| 11 JOSE A. CASAL SEIBEZZI PO Box 10378 SAN JUAN, PR 00922-0378 | | LAWSUIT | Disputed Unliquidated | | | $644,170.97 |
| 12 PAUL HASTINGS LLC 71 S. WACKER DRIVE 45 FLOOR Chicago, IL 60606 | | LEGAL SERVICES | | | | $208,801.79 |
| 13 BIGGS, LLC, ET AL. 2710 PELHAM PARKWAY PELHAM, AL 35124 | | JUDGMENT | | | | $100,000.00 |
| 14 CLEARY GOTTLIEB LLC ONE LIBERTY PLAZA NEW YORK, NY 10006 | | LEGAL SERVICES | | | | $69,996.46 |
| 15 EFRONT FINANCIAL SOLUTIONS C/O BLACKROCK 50 HUDSON YARDS 415 10TH AVENUE NEW YORK, NY 10001 | | SOFTWARE FEES | | | | $67,140.37 |
| 16 CYPHER GATES LLC MIRAMAR PLAZA, SUITE 501 954 PONCE DE LEON AVE. SAN JUAN, PR 00907 | | LEGAL SERVICES | Disputed | | | $25,000.00 |
| 17 PICO ADVISORS LLC PO Box 270445 SAN JUAN, PR 00928 | | LEGAL SERVICES | | | | $23,773.19 |
| 18 HENLEY CAY CAPITAL LLC 708 FIFTH AVENUE SOUTH Naples, FL 34102 | | LEGAL SERVICES | | | | $20,000.00 |
| 19 DLA PIPER LLC B-7 TABONUCO ST. SUITE 1501 Guaynabo, PR 00968 | | LEGAL SERVICES | | | | $16,495.20 |
| 20 DONATI BUZANELLI ADVOGADOS ASSOCIADOS JARDIM AMERICA RUA VENEZUELA 36 SAO PAULO, | | LEGAL SERVICES | | | | $16,000.00 |

Official Form 204       **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**       page 2

Fill in this information to identify the case:

Debtor name  **THE PHOENIX FUND LLC**

United States Bankruptcy Court for the:

**District of Puerto Rico**

Case number (if known): _____  Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals  **12/15**

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*........................................................................................................................ | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................................. | **$565,903,423.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................................... | **$565,903,423.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$139,505,001.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... | **$8,420.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................... | **+   $261,353,983.60**

4. **Total liabilities**............................................................................................................................................................... | **$400,867,404.60**
   Lines 2 + 3a + 3b

ACA GLOBAL
A/K/A FORESIDE CONSULTING SERVICES
LLC
PO Box 10805
ALBANY, NY 12201-5805


ACRECENT FINANCIAL LLC
A/K/A SIGNUS
PO Box 363372
SAN JUAN, PR 00936-3372


AG SUPERMASTER FUND
C/O DEBEVOISE & PLIMPTON LLP
66 HUDSON BOULEVARD E.
NEW YORK, NY 10001


AXIS HOLDINGS LLC
PO Box 191958
SAN JUAN, PR 00919


BIGGS, LLC, ET AL.
2710 PELHAM PARKWAY
PELHAM, AL 35124


CLEARY GOTTLIEB LLC
ONE LIBERTY PLAZA
NEW YORK, NY 10006


CONSORTIUM LEGAL
PASEO COLON
EDIFICIO TORRE MERCEDES PISO 7


CRIM
PO BOX 195378
SAN JUAN, PR 00919-5387

CYPHER GATES LLC
MIRAMAR PLAZA, SUITE 501
954 PONCE DE LEON AVE.
SAN JUAN, PR 00907

DLA PIPER LLC
B-7 TABONUCO ST. SUITE 1501
Guaynabo, PR 00968

DONATI BUZANELLI
ADVOGADOS ASSOCIADOS
JARDIM AMERICA
RUA VENEZUELA 36
SAO PAULO

DORADO HEALTH GROUP LLC
1000 ASHFORD AVE. 4 UNIT
SAN JUAN, PR 00907

EFRONT FINANCIAL
SOLUTIONS
C/O BLACKROCK
50 HUDSON YARDS
415 10TH AVENUE
NEW YORK, NY 10001

FOLEY & LARDNER LLP
100 NORTH TAMPA ST. SUITE 2700
TAMPA, FL 33602

FONDO DEL SEGURO DEL
ESTADO
OFICINA REGIONAL SJ
PO BOX 42006
SAN JUAN, PR 00940-2006

FSC ADVISORS LLC
D/B/A BREVET CAPITAL ADVISORS
441 NINTH AVENUE 20TH FLOOR
NEW YORK, NY 10001

HENLEY CAY CAPITAL LLC
708 FIFTH AVENUE SOUTH
Naples, FL 34102

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JAVIER SAUMA ROSSI
37 STREET, BARRIO DENT.
SAN JOSE11501

JOSE A. CASAL SEIBEZZI
PO Box 10378
SAN JUAN, PR 00922-0378

JOSE A. ROJAS RIVERA &
WIFE
55 CALLE ARZUAGA
SAN JUAN, PR 00918

MADISON RE I.I.
CORPORATE OFFICE PARK
BO. MONACILLOS
42 CARR. #20 SUITE 203
GUAYNABO, PR 00966

NOVUS INC.
655 CUBITAS ST.
GUAYNABO, PR 00969-2802

O'NEILL & BORGES LLC
250 MUNOZ RIVERA STE. 800
San Juan, PR 00918-1813

PAUL HASTINGS LLC
71 S. WACKER DRIVE 45 FLOOR
Chicago, IL 60606


PICO ADVISORS LLC
PO Box 270445
SAN JUAN, PR 00928


POPULAR FIDUCIARY
SERVICES
PO Box 362708
SAN JUAN, PR 00936-2708


THE PHOENIX FUND
ADVISORS LLC
PO Box 11852
SAN JUAN, PR 00922


TREASURY DEPARTMENT OF
PUERTO RICO
P.O. BOX 9022501
SAN JUAN, PR 00902-2501


TROPIGAS PUERTO RICO,
INC.
PO Box 70205
SAN JUAN, PR 00936-8205


ZENUS FUND LLC
C/O SÁNCHEZ / LRV LLC
PO Box 11917
SAN JUAN, PR 00922-1917

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**HATO REY DIVISION**

IN RE: **THE PHOENIX FUND LLC**                                              CASE NO

                                                                            CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date     **02/23/2026**          Signature _____**/s/ FRANCISCO J. RIVERA FERNANDEZ**_____

                                              FRANCISCO J. RIVERA FERNANDEZ, PRESIDENT