**CERTIFIED COPY OF RESOLUTION OF THE MANAGER OF THE PHOENIX FUND LLC
AUTHORIZING THE FILING OF A PETITION FOR REORGANIZATION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**RESOLVED**: Whereas The Phoenix Fund LLC (hereinafter "Company") received an Order from the Office of the Commissioner of Financial Institutions placing the Company in receivership and liquidation and consequently may undertake steps to obtain possession of the Company's assets; and;

**WHEREAS**, this action by the Commissioner may not be in the best interest of all the stakeholders of the Company;

**WHEREAS**, it is apparent that the continuation of the affairs of the Company without the protection of the Bankruptcy Court may result in the Company's demise;

**NOW THEREFORE BE IT RESOLVED THAT**, a Petition in Proceedings for Reorganization under Chapter 11 of the Bankruptcy Code be filed by the Company and that FRANCISCO J. RIVERA, the Company's President is hereby authorized to execute on behalf of the Company and for all the necessary documents for the filing of a Petition for Reorganization under Chapter 11 of the Bankruptcy Code;

**AND BE IT FURTHER RESOLVED**, that pursuant to 11 U.S.C. §1107, the Company shall exercise the rights and powers set forth therein, subject to the provisions thereof and unless the United States Bankruptcy Court for the District of Puerto Rico provides or orders otherwise, the Company will continue to operate its business and manage its affairs, as provided in 11 U.S.C. §1108;

**AND BE IT FURTHER RESOLVED**, that Alexis Fuentes Hernández, Esq., of Fuentes Law Offices, LLC, be retained to act as counsel for the Company in such reorganization proceedings or any other proceeding under the Bankruptcy Code;

**AND BE IT FURTHER RESOLVED**, that the undersigned hereby certify that FRANCISCO J. RIVERA is the only seniormost Company Officer of THE PHOENIX FUND LLC and that the above is a true and correct copy of a resolution adopted by the President of said Company at a duly constituted meeting held on the 23rd day of February, 2026, in accordance with its Company's operating agreement; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

**CORPORATE RESOLUTION**

In Witness hereof, I set my hand to this Resolution, on this 23rd day of February 2026.

_____
Edgar J. Rivera
Authorized Person
The Phoenix Fund LLC