Fill in this information to identify the case:

Debtor name **THE PHOENIX FUND LLC**

United States Bankruptcy Court for the:

**District of Puerto Rico**

Case number (if known): **26-00712 (ESL)**

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/05/2026**
            MM/ DD/ YYYY

**X** **/s/ FRANCISCO J. RIVERA FERNANDEZ**
Signature of individual signing on behalf of debtor

**FRANCISCO J. RIVERA FERNANDEZ**
Printed name

**PRESIDENT**
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name      **THE PHOENIX FUND LLC**

United States Bankruptcy Court for the:

**District of Puerto Rico**

Case number (if known):    **26-00712 (ESL)**     Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*......................................................................................................................    **$0.00**

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*..................................................................................................................    **$660,528,773.14**

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*....................................................................................................................    **$660,528,773.14**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................    **$241,341,052.31**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................    **$8,420.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................    **+ $271,649,405.54**

4. **Total liabilities**...........................................................................................................................................    **$512,998,877.85**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      **THE PHOENIX FUND LLC**

United States Bankruptcy Court for the:

     **District of Puerto Rico**

Case number (if known):      **26-00712 (ESL)**

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FONDO DEL SEGURO DEL ESTADO<br><br>OFICINA REGIONAL SJ<br>PO BOX 42006<br>SAN JUAN, PR 00940-2006 | | LOANS AND GUARANTEES | | | | $99,500,000.00 |
| 2 | AG SUPER FUND MASTER LP<br><br>C/O DEBEVOISE & PLIMPTON LLP<br>66 HUDSON BOULEVARD E.<br>NEW YORK, NY 10001 | | LAWSUIT | Contingent Disputed Unliquidated | | | $80,000,000.00 |
| 3 | JOSE A. ROJAS RIVERA & WIFE<br><br>55 CALLE ARZUAGA<br>SAN JUAN, PR 00918 | | DEPOSIT OWED | | | | $25,484,929.45 |
| 4 | ACRECENT FINANCIAL LLC<br>A/K/A SIGNUS<br>PO Box 363372<br>SAN JUAN, PR 00936-3372 | | CORPORATE GUARANTEE | | | | $14,897,930.00 |
| 5 | MADISON RE I.I.<br><br>CORPORATE OFFICE PARK<br>BO. MONACILLOS<br>42 CARR. #20 SUITE 203<br>GUAYNABO, PR 00966 | | LAWSUIT | Disputed Unliquidated | | | $11,306,666.00 |
| 6 | DORADO HEALTH GROUP LLC<br><br>1000 ASHFORD AVE. 4 UNIT<br>SAN JUAN, PR 00907 | | TAX CREDITS | Contingent Unliquidated | | | $11,095,688.00 |
| 7 | THE PHOENIX FUND ADVISORS LLC<br><br>PO Box 11852<br>SAN JUAN, PR 00922 | | ADVANCES, FEES, AND REIMBURSEMENTS IN ARREARS ON EXECUTORY CONTRACT | | | | $10,356,523.00 |
| 8 | AXIS HOLDINGS LLC<br>PO Box 191958<br>SAN JUAN, PR 00919 | | LAWSUIT | Contingent Disputed Unliquidated | | | $5,652,923.00 |

Debtor  **THE PHOENIX FUND LLC**  Case number *(if known)*  **26-00712 (ESL)**

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 ACA PR LLC 1255 BROAD ST. SUITE 250 Clifton, NJ 07013 | | SETTLEMENT AGREEMENT | | | | $3,890,000.00 |
| 10 CALESA MOTORS PO Box 6957 Caguas, PR 00726 | | TAX CREDITS OWED | | | | $2,202,862.00 |
| 11 FOLEY & LARDNER LLP 100 NORTH TAMPA ST. SUITE 2700 TAMPA, FL 33602 | | LEGAL SERVICES | | | | $1,727,766.23 |
| 12 PARITER SECURITIES LLC PO Box 11852 San Juan, PR 00922 | | ARREARS ON CONTRACT | | | | $1,088,000.00 |
| 13 ERICK RODRIGUEZ, MARISOL RODRIGUEZ & THEIR CONJUGAL PARTNERSHIP CENTRAL SECTOR 226 E RAMP - LLM Carolina, PR 00983 | | ASSIGNMENT AND RELEASE OF ASSET ACQUISITION | | | | $890,201.00 |
| 14 TROPIGAS PUERTO RICO, INC. PO Box 70205 SAN JUAN, PR 00936-8205 | | JUDGMENT (TAX CREDITS) | | | | $846,982.00 |
| 15 NOVUS INC. 655 CUBITAS ST. GUAYNABO, PR 00969-2802 | | PENDING TAX CREDITS | | | | $774,558.39 |
| 16 ALEJANDRO ASMAR RIZEK PO Box 19914 San Juan, PR 00910 | | ASSIGNMENT AND RELEASE OF ASSET ACQUISITION | | | | $669,549.00 |
| 17 JOSE A. CASAL SEIBEZZI PO Box 10378 SAN JUAN, PR 00922-0378 | | LAWSUIT | Disputed Unliquidated | | | $644,170.97 |
| 18 PAUL HASTINGS LLC 71 S. WACKER DRIVE 45 FLOOR Chicago, IL 60606 | | LEGAL SERVICES | | | | $208,801.79 |
| 19 BIGGS, LLC, ET AL. 2710 PELHAM PARKWAY PELHAM, AL 35124 | | JUDGMENT | | | | $100,000.00 |
| 20 CLEARY GOTTLIEB LLC ONE LIBERTY PLAZA NEW YORK, NY 10006 | | LEGAL SERVICES | | | | $69,996.46 |

Official Form 204 Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims page 2

**Fill in this information to identify the case:**

Debtor Name   **THE PHOENIX FUND LLC**

United States Bankruptcy Court for the: District of   **Puerto Rico**

(State)

Case number (If known):   **26-00712 (ESL)**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **BANCO POPULAR DE PR** | **Checking account** | **3  4  5  3** | **$24.96** |
| 3.2. | **BANCO POPULAR DE PR** | **Checking account** | **5  5  0  9** | **$8.38** |
| 3.3. | **FIRSTBANK OF PR** | **Checking account** | **1  4  7  3** | **$38.85** |

4.  **Other cash equivalents** *(Identify all)*

4.1

4.2

5.  **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$72.19** |
| --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Debtor  **THE PHOENIX FUND LLC**
_____   Case number *(if known)* **26-00712 (ESL)**

Name

---

7.1 _____    _____

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

---

| **Part 3:** | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =.....➡    _____

            face amount         doubtful or uncollectible accounts

    11b. Over 90 days old: **$43,019,399.00** - **$43,019,399.00** =.....➡    **$0.00**

            face amount         doubtful or uncollectible accounts

12. **Total of Part 3**    **$0.00**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| **Part 4:** | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

    | **Valuation method used for current value** | **Current value of debtor's interest** |
    | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

---

Debtor   **THE PHOENIX FUND LLC**
_____   Case number *(if known)* **26-00712 (ESL)**
Name

| | | | |
|---|---|---|---|
| 15.1. **100% COMMON SHARES OF BLACKBURN TECHNOLOGY GROUP (BLACKBURN NETWORKS LLC; BLACKBURN TECHNOLOGIES HOLCO LLC; BLACKBURN TECHNOLOGIES II LLC; BLACKBURN TECHNOLOGIES III LLC; BBNET TECHNOLOGIES SA;BLACKBURN COSTA RICA;ISP PARTNERS LLC;SMART KONNEX LLC)** | 100.00% | FAIR VALUE | $18,201,946.00 |
| 15.2. **100% MEMBERSHIP UNITS IN VSC GROUP, LLC** | 100.00% | FAIR VALUE | unknown |
| 15.3. **100% OF PREFERRED CLASS A AND 49.12 MEMBERSHIP UNITS OF PADRE MEDIA LLC** | 100.00% | FAIR VALUE | $4,922,100.00 |
| 15.4. **25% OF MEMBERSHIP INTERESTS ON HIGH TREND INTERNATIONAL; 20% MEMBERSHIP INTEREST HIGH TREND BRASIL SERVICIOS E PARTICIPACOES LTDA; 7.65% EQUITY PARTICIPATION IN HTB ARACAJU AND FREIRÁ DE SANTANA PPP)** | 100.00% | FAIR VALUE | $363,691,148.00 |
| 15.5. **0.4% MEMBERSHIP INTEREST ON AXL WEALTH GROUP LP** | 100.00% | FAIR VALUE | $1,200,000.00 |
| 15.6. **100% MEMBERSHIP INTEREST IN TOWER ENTITIES (TOWER EQUITY GROUP LLC; TOWER HOLDINGS GROUP LLC; TOWER MANAGEMENT GROUP LLC; TOWER PROPERTIES GROUP LLC; TOWER DEVELOPMENT GROUP LLC; TOWER ACQUISITION GROUP LLC)** | 100.00% | FAIR VALUE | $42,817,125.00 |
| 15.7. **SECURED PROMISSORY NOTE OVER HUERTAS COLLEGE, INC.** | 100.00% | FAIR VALUE | $3,374,906.00 |
| 15.8. **49% OF MEMBERSHIP INTEREST IN BLUE SKY GROUP LLC** | 100.00% | FAIR VALUE | $2,100,000.00 |
| 15.9. **100% OF MEMBERSHIP INTEREST IN DE DIEGO CAPITAL LLC** | 100.00% | FAIR VALUE | $1,500,000.00 |
| 15.10 **10% MEMBERSHIP INTEREST AND SENIOR SECURED CREDIT FACILITY IN DORADO HEALTH GROUP LLC** | 100.00% | FAIR VALUE | $2,800,000.00 |
| 15.11 **100% MEMBERSHIP INTEREST IN RMK HOLDINGS LLC; AND SUBORDINATED CONVERTIBLE NOTE IN ROMARK GLOBAL PHARMA** | 100.00% | FAIR VALUE | unknown |
| 15.12 **100% CLASS A PREFERRED UNITS IN CINE CONDADO ENTERTAINMENT LLC** | 100.00% | FAIR VALUE | unknown |
| 15.13 **100% MEMBERSHIP UNITS OF PHOENIX MEDIA AND ENTERTAINMENT LLC** | 100.00% | FAIR VALUE | unknown |
| 15.14 **100% MEMBERSHIP UNITS IN PUC HOLDINGS LLC, WHO IN TURN HOLDS 100% MEMBERSHIP UNITS OF PHOENIX UNIVERSAL CAPITAL I, LLC, AND 10% OF MADISON RE I.I.** | 100.00% | FAIR VALUE | $46,076,080.00 |
| 15.15 **100% OF MEMBERSHIP UNITS OF PROTECTIVE VENTURES LLC** | 100.00% | FAIR VALUE | unknown |
| 15.16 **100% MEMBERSHIP UNITS OF PHOENIX TC WAREHOUSE LLC** | 100.00% | FAIR VALUE | $36,047,369.24 |

Official Form 206A/B **Schedule A/B: Assets — Real and Personal Property** page **3**

Case:26-00712-ESL11 Doc#:31 Filed:03/05/26 Entered:03/05/26 21:26:26 Desc: Main Document Page 8 of 58

Debtor  **THE PHOENIX FUND LLC**                                     Case number *(if known)* __26-00712 (ESL)__
_____ Name _____

| | | | |
|---|---|---|---|
| 15.17 **100% MEMBERSHIP UNITS OF PHOENIX TC WAREHOUSE II LLC** | **100.00%** | **FAIR VALUE** | **$60,049,540.71** |
| 15.18 **100% MEMBERSHIP UNITS OF SUNSHINE HOLDINGS LLC** | **100.00%** | **FAIR VALUE** | **$0.00** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 **SUBORDINATED CONVERTIBLE NOTE IN OFFABBOT SPORTS INC.** | **FAIR VALUE** | **$2,513,425.00** |
| 16.2 **SENIOR CONVERTIBLE NOTE TO ZENUS FUND LLC** | **FAIR VALUE** | **$23,325,000.00** |

17. **Total of Part 4**                                                                              $608,618,639.95

   Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

Official Form 206A/B                  **Schedule A/B: Assets — Real and Personal Property**                  page **4**

Debtor   **THE PHOENIX FUND LLC**
Name

Case number *(if known)*  **26-00712 (ESL)**

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor    **THE PHOENIX FUND LLC**

Name

Case number *(if known)* **26-00712 (ESL)**

---

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 8:     Machinery, equipment, and vehicles**

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description  Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |

---

Official Form 206A/B             **Schedule A/B: Assets — Real and Personal Property**                   page **6**

Debtor  **THE PHOENIX FUND LLC**

Name                                                  Case number *(if known)* __26-00712 (ESL)__

47.3  _____          _____  _____  _____

47.4  _____          _____  _____  _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1  _____          _____  _____  _____

48.2  _____          _____  _____  _____

49. **Aircraft and accessories**

49.1  _____          _____  _____  _____

49.2  _____          _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____          _____  _____  _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.          _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

❏ No

❏ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

❏ No

❏ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

❏ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

Debtor   **THE PHOENIX FUND LLC**                                        Case number *(if known)* **26-00712 (ESL)**

Name

---

56.   **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

❑ No

❑ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

❑ No

❑ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑ No

❑ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No

❑ Yes

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page **8**

Debtor    **THE PHOENIX FUND LLC**                                    Case number *(if known)* **26-00712 (ESL)**
Name

---

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 11:   All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ =➡   _____
                                Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Net Operating Losses**                           Tax year  **2025**        **$24,423,061.00**

73.  **Interests in insurance policies or annuities**

_____                                    _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **CLAIM AGAINST FSC ADVISORS LLC (BREVET) & GLOBAL LIQUIDITY SERVICES, LLC** | **unknown** |
|---|---|

Nature of claim        **DAMAGES AND EQUITABLE SUBORDINATION**

Amount requested     **$200,000,000.00**

| **CLAIM AGAINST MADISON RE I.I., ITS AFFILIATES, SUBSIDIARIES AND SHAREHOLDERS** | **unknown** |
|---|---|

Nature of claim        **BREACH OF CONTRACT AND DAMAGES**

Amount requested     **$61,000,000.00**

| **CLAIM AGAINST ZENUS FUND, LLC, ITS AFFILIATES AND SHAREHOLDERS** | **unknown** |
|---|---|

Nature of claim        **DECLARATORY JUDGMENT AND DAMAGES**

Amount requested     **$500,000.00**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                    _____

Nature of claim        _____

Amount requested     _____

76.  **Trusts, equitable or future interests in property**

---

Debtor    **THE PHOENIX FUND LLC**    Case number *(if known)* **26-00712 (ESL)**

Name

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| **Exclusivity agreements for the sale of the tax credits to be generated by Dorado Health Group, LLC** | **unknown** |
| **Exclusivity agreements for the sale of the tax credits to be generated by La Merced Elderly Manager Corp.** | **unknown** |
| **Contingent Restrictive Deposit at Popular Fiduciary Services** | **$22,100,000.00** |
| **Contingent restrictive deposit at USIC - Oriental Bank** | **$5,387,000.00** |

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

**$51,910,061.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $72.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $608,618,639.95 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $51,910,061.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* .......................91a. | $660,528,773.14 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................ | | $660,528,773.14 |

| Fill in this information to identify the case: |
| --- |

Debtor name     **THE PHOENIX FUND LLC**

United States Bankruptcy Court for the: District of     **Puerto Rico**
                                                        (State)

Case number (if known):     **26-00712 (ESL)**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1.    Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** | **Creditor's name**

**FSC ADVISORS LLC**

**Creditor's mailing address**

**D/B/A BREVET CAPITAL ADVISORS**

**441 NINTH AVENUE 20TH FLOOR**

**NEW YORK, NY 10001**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

100% MEMBERSHIP INTEREST IN TOWER ENTITIES (TOWER EQUITY GROUP LLC; TOWER HOLDINGS GROUP LLC; TOWER MANAGEMENT GROUP LLC; TOWER PROPERTIES GROUP LLC; TOWER DEVELOPMENT GROUP LLC; TOWER ACQUISITION GROUP LLC), 100% MEMBERSHIP UNITS OF PHOENIX TC WAREHOUSE II LLC. 25% OF MEMBERSHIP INTERESTS ON HIGH TREND INTERNATIONAL; 20% MEMBERSHIP INTEREST HIGH TREND BRASIL SERVICIOS E PARTICIPACOES LTDA; 7.65% EQUITY PARTICIPATION IN HTB ARACAJU AND FREIRÁ DE SANTANA PPP), 100% MEMBERSHIP UNITS OF PHOENIX TC WAREHOUSE LLC

**Describe the lien**

**BLANKET LIEN OVER NEARLY ALL ASSETS (DISPUTED)**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

**$241,341,052.31**     **$502,605,182.95**

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$241,341,052.31**

Fill in this information to identify the case:

Debtor name _____ **THE PHOENIX FUND LLC** _____

United States Bankruptcy Court for the:

_____ **District of Puerto Rico** _____

Case number (if known): _____ **26-00712 (ESL)** _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**

**Priority creditor's name and mailing address**

**CRIM**

**PO BOX 195378**

**SAN JUAN, PR 00919-5387**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**NOTICE ONLY**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2**

**Priority creditor's name and mailing address**

**INTERNAL REVENUE SERVICE**

**P.O. BOX 7346**

**PHILADELPHIA, PA 19101-7346**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**NOTICE ONLY**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

Debtor **THE PHOENIX FUND LLC** _____ Case number *(if known)* ___**26-00712 (ESL)**___

       Name

**Part 1:** Additional Page

| 2.3 | | |
|---|---|---|

**2.3** **Priority creditor's name and mailing address**

**TREASURY DEPARTMENT OF
PUERTO RICO**

**P.O. BOX 9022501**

**SAN JUAN, PR 00902-2501**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**    **$8,420.00**          **$8,420.00**
*Check all that apply.*
❑  Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| Debtor | THE PHOENIX FUND LLC | Case number *(if known)* | 26-00712 (ESL) |
|---|---|---|---|
| | Name | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

ACA GLOBAL

A/K/A FORESIDE CONSULTING SERVICES LLC

PO Box 10805

ALBANY, NY 12201-5805

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: COMPLIANCE CONSULTANT

Is the claim subject to offset?
☑ No
☐ Yes

**$5,583.33**

---

**3.2** Nonpriority creditor's name and mailing address

ACA PR LLC

1255 BROAD ST. SUITE 250

Clifton, NJ 07013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SETTLEMENT AGREEMENT

Is the claim subject to offset?
☑ No
☐ Yes

**$3,890,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

ACRECENT FINANCIAL LLC

A/K/A SIGNUS

PO Box 363372

SAN JUAN, PR 00936-3372

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: CORPORATE GUARANTEE

Is the claim subject to offset?
☑ No
☐ Yes

**$14,897,930.00**

---

**3.4** Nonpriority creditor's name and mailing address

AG SUPER FUND MASTER LP

C/O DEBEVOISE & PLIMPTON LLP

66 HUDSON BOULEVARD E.

NEW YORK, NY 10001

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: LAWSUIT

Is the claim subject to offset?
☑ No
☐ Yes

**$80,000,000.00**

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 3 of 13

| Debtor | THE PHOENIX FUND LLC | Case number *(if known)* | 26-00712 (ESL) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5** **Nonpriority creditor's name and mailing address**

ALEJANDRO ASMAR RIZEK

PO Box 19914

San Juan, PR 00910

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ASSIGNMENT AND RELEASE OF ASSET** ACQUISITION

**Is the claim subject to offset?**
☐ No
☑ Yes

$669,549.00

---

**3.6** **Nonpriority creditor's name and mailing address**

ALLVUE

396 ALHAMBRA CIR #11

Miami, FL 33134

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ARREARS ON** CONTRACT

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,460.00

---

**3.7** **Nonpriority creditor's name and mailing address**

AXIS HOLDINGS LLC

PO Box 191958

SAN JUAN, PR 00919

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **LAWSUIT**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,652,923.00

---

**3.8** **Nonpriority creditor's name and mailing address**

BIGGS, LLC, ET AL.

2710 PELHAM PARKWAY

PELHAM, AL 35124

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **JUDGMENT**

**Is the claim subject to offset?**
☑ No
☐ Yes

$100,000.00

---

Debtor    **THE PHOENIX FUND LLC**                                      Case number *(if known)*    **26-00712 (ESL)**

Name

### Part 2:  Additional Page

**3.9**  **Nonpriority creditor's name and mailing address**

**CALESA MOTORS**

**PO Box 6957**

**Caguas, PR 00726**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TAX CREDITS OWED

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,202,862.00

---

**3.10**  **Nonpriority creditor's name and mailing address**

**CLEARY GOTTLIEB LLC**

**ONE LIBERTY PLAZA**

**NEW YORK, NY 10006**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LEGAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$69,996.46

---

**3.11**  **Nonpriority creditor's name and mailing address**

**CONSORTIUM LEGAL**

**PASEO COLON**
**EDIFICIO TORRE MERCEDES PISO 7**

**CIUDAD DE GUATEMALA, GUATEMALA**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LEGAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,210.00

---

**3.12**  **Nonpriority creditor's name and mailing address**

**CYPHER GATES LLC**

**MIRAMAR PLAZA, SUITE 501**

**954 PONCE DE LEON AVE.**

**SAN JUAN, PR 00907**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  LEGAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

---

Debtor    **THE PHOENIX FUND LLC**        Case number *(if known)*    **26-00712 (ESL)**
     Name

---

| Part 2: | Additional Page |
| --- | --- |

### 3.13

**Nonpriority creditor's name and mailing address**

**DLA PIPER LLC**

**B-7 TABONUCO ST. SUITE 1501**

**Guaynabo, PR 00968**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   LEGAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,495.20

---

### 3.14

**Nonpriority creditor's name and mailing address**

**DONATI BUZANELLI ADVOGADOS ASSOCIADOS**

**RUA VENEZUELA 36**
**JARDIM AMERICA**

**SAO PAULO/SP 01439**

**BRAZIL,**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   LEGAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,000.00

---

### 3.15

**Nonpriority creditor's name and mailing address**

**DORADO HEALTH GROUP LLC**

**1000 ASHFORD AVE. 4 UNIT**

**SAN JUAN, PR 00907**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**   TAX CREDITS

**Is the claim subject to offset?**
☐ No
☑ Yes

$11,095,688.00

---

### 3.16

**Nonpriority creditor's name and mailing address**

**EFRONT FINANCIAL SOLUTIONS**

**C/O BLACKROCK**
**50 HUDSON YARDS**

**415 10TH AVENUE**

**NEW YORK, NY 10001**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   SOFTWARE FEES

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,140.37

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 6 of 13

| Debtor | THE PHOENIX FUND LLC | Case number *(if known)* | 26-00712 (ESL) |
| | Name | | |

## Part 2:  Additional Page

### 3.17 Nonpriority creditor's name and mailing address

ERICK RODRIGUEZ, MARISOL RODRIGUEZ &
THEIR CONJUGAL PARTNERSHIP

CENTRAL SECTOR 226 E

RAMP - LLM

Carolina, PR 00983

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ASSIGNMENT AND RELEASE OF ASSET ACQUISITION**

Is the claim subject to offset?
☐ No
☑ Yes

$890,201.00

---

### 3.18 Nonpriority creditor's name and mailing address

FOLEY & LARDNER LLP

100 NORTH TAMPA ST. SUITE 2700

TAMPA, FL 33602

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LEGAL SERVICES**

Is the claim subject to offset?
☑ No
☐ Yes

$1,727,766.23

---

### 3.19 Nonpriority creditor's name and mailing address

FONDO DEL SEGURO DEL ESTADO

OFICINA REGIONAL SJ

PO BOX 42006

SAN JUAN, PR 00940-2006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LOANS AND GUARANTEES**

Is the claim subject to offset?
☑ No
☐ Yes

$99,500,000.00

---

### 3.20 Nonpriority creditor's name and mailing address

HENLEY CAY CAPITAL LLC

708 FIFTH AVENUE SOUTH

Naples, FL 34102

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LEGAL SERVICES**

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

| Debtor | THE PHOENIX FUND LLC | Case number *(if known)* | 26-00712 (ESL) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.21** **Nonpriority creditor's name and mailing address**

IDEALS

SUITE 30, 95 WILTON ROAD
LONDON SW1V 1BZ

UNITED KINGDOM

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ARREARS ON CONTRACT

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,875.00**

---

**3.22** **Nonpriority creditor's name and mailing address**

JAVIER SAUMA ROSSI

37 STREET, BARRIO DENT
SAN JOSE 11501

COSTA RICA

SAN JOSE,

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** LEGAL SERVICES

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,040.00**

---

**3.23** **Nonpriority creditor's name and mailing address**

JOSE A. CASAL SEIBEZZI

PO Box 10378

SAN JUAN, PR 00922-0378

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LAWSUIT

**Is the claim subject to offset?**
☐ No
☑ Yes

**$644,170.97**

---

**3.24** **Nonpriority creditor's name and mailing address**

JOSE A. ROJAS RIVERA & WIFE

55 CALLE ARZUAGA

SAN JUAN, PR 00918

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** DEPOSIT OWED

**Is the claim subject to offset?**
☑ No
☐ Yes

**$25,484,929.45**

---

| Debtor | THE PHOENIX FUND LLC | Case number *(if known)* | **26-00712 (ESL)** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.25** Nonpriority creditor's name and mailing address

**LEXISNEXIS**

**CUSTOMER ACCOUNTING**

**9443 SPRINGBORO PIKE**

**Miamisburg, OH 45342**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ARREARS ON CONTRACT**

Is the claim subject to offset?
☑ No
☐ Yes

$2,417.94

---

**3.26** Nonpriority creditor's name and mailing address

**LUIS AYMAT RIVERA, ET AL.**

**SECTOR TOCONES**

**513 CALLE VIRTUD**

**Isabela, PR 00662**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **JUDGMENT**

Is the claim subject to offset?
☑ No
☐ Yes

$8,000.00

---

**3.27** Nonpriority creditor's name and mailing address

**MADISON RE I.I.**

**CORPORATE OFFICE PARK**
**BO. MONACILLOS**

**42 CARR. #20 SUITE 203**

**GUAYNABO, PR 00966**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **LAWSUIT**

Is the claim subject to offset?
☐ No
☑ Yes

$11,306,666.00

---

**3.28** Nonpriority creditor's name and mailing address

**NOVUS INC.**

**655 CUBITAS ST.**

**GUAYNABO, PR 00969-2802**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PENDING TAX CREDITS**

Is the claim subject to offset?
☑ No
☐ Yes

$774,558.39

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 9 of 13

| Debtor | **THE PHOENIX FUND LLC** | Case number *(if known)* | **26-00712 (ESL)** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.29 Nonpriority creditor's name and mailing address

**O'NEILL & BORGES LLC**

**250 MUNOZ RIVERA STE. 800**

**San Juan, PR 00918-1813**

Date or dates debt was incurred

Last 4 digits of account number — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LEGAL SERVICES**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,338.22**

### 3.30 Nonpriority creditor's name and mailing address

**OFEG AND/OR STEVE BRADLEY**

**9350 WILSHIRE BLVD. SUITE 203**

**Beverly Hills, CA 90212**

Date or dates debt was incurred

Last 4 digits of account number — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **COLLECTION LETTER**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

### 3.31 Nonpriority creditor's name and mailing address

**PARITER SECURITIES LLC**

**PO Box 11852**

**San Juan, PR 00922**

Date or dates debt was incurred

Last 4 digits of account number — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**ARREARS ON**
Basis for the claim: **CONTRACT**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,088,000.00**

### 3.32 Nonpriority creditor's name and mailing address

**PAUL HASTINGS LLC**

**71 S. WACKER DRIVE 45 FLOOR**

**Chicago, IL 60606**

Date or dates debt was incurred

Last 4 digits of account number — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LEGAL SERVICES**

Is the claim subject to offset?
☑ No
☐ Yes

**$208,801.79**

| Debtor | **THE PHOENIX FUND LLC** | Case number *(if known)* | **26-00712 (ESL)** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;display:inline-block;">Part 2:</div> Additional Page

---

**3.33** | **Nonpriority creditor's name and mailing address**

**PICO ADVISORS LLC**

**PO Box 270445**

**SAN JUAN, PR 00928**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **LEGAL SERVICES**

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,773.19

---

**3.34** | **Nonpriority creditor's name and mailing address**

**POPULAR FIDUCIARY SERVICES**

**PO Box 362708**

**SAN JUAN, PR 00936-2708**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **ESCROW FEES**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,000.00

---

**3.35** | **Nonpriority creditor's name and mailing address**

**THE PHOENIX FUND ADVISORS LLC**

**PO Box 11852**

**SAN JUAN, PR 00922**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**ADVANCES, FEES, AND REIMBURSEMENTS IN ARREARS ON EXECUTORY**
**Basis for the claim:** **CONTRACT**

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,356,523.00

---

**3.36** | **Nonpriority creditor's name and mailing address**

**TORO COLON MULLET PSC**

**PO Box 195383**

**San Juan, PR 00919**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **LEGAL SERVICES**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,525.00

---

| Debtor | THE PHOENIX FUND LLC | Case number *(if known)* | 26-00712 (ESL) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3">**Part 2:** Additional Page</td></tr>
<tr>
<td>

**3.37**

**Nonpriority creditor's name and mailing address**

**TROPIGAS PUERTO RICO, INC.**

**PO Box 70205**

**SAN JUAN, PR 00936-8205**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** JUDGMENT (TAX CREDITS)

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td>

$846,982.00
</td>
</tr>
<tr>
<td>

**3.38**

**Nonpriority creditor's name and mailing address**

**ZENUS FUND LLC**

**C/O SÁNCHEZ / LRV LLC**

**PO Box 11917**

**SAN JUAN, PR 00922-1917**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LAWSUIT

**Is the claim subject to offset?**
☐ No
☑ Yes
</td>
<td>

unknown
</td>
</tr>
</table>

Debtor      **THE PHOENIX FUND LLC**                                     Case number *(if known)*      __**26-00712 (ESL)**__
     Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1**    5a. | __$8,420.00__ |
| 5b. | **Total claims from Part 2**    5b.   **+** | __$271,649,405.54__ |
| 5c. | **Total of Parts 1 and 2**    5c.<br>Lines 5a + 5b = 5c. | __$271,657,825.54__ |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 13 of 13

**Fill in this information to identify the case:**

Debtor name  **THE PHOENIX FUND LLC**

United States Bankruptcy Court for the: District of   **Puerto Rico**
(State)

Case number (If known):   **26-00712 (ESL)**   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **PURCHASE AND SALE AGREEMENT FOR THE SENIOR SECURED NOTES AND ROYALTY RIGHTS** | **AG SUPER FUND MASTER LP**<br>**C/O DEBEVOISE & PLIMPTON LLP**<br>**66 HUDSON BOULEVARD E.**<br>**NEW YORK, NY 10001** |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **ACCOUNTING AND REPORTING SOFTWARE** | **ALLVUE**<br>**396 ALHAMBRA CIR #11**<br>**Miami, FL 33134** |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT FOR THE FINANCING OF THE DORADO HEALTH PROJECT AND THE MANAGING AND EXCLUSIVE SALE OF THEIR TAX CREDITS** | **DORADO HEALTH GROUP LLC**<br>**1000 ASHFORD AVE. 4 UNIT**<br>**SAN JUAN, PR 00907** |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **VIRTUAL DATA ROOM PLATFORM** | **IDEALS**<br>**SUITE 30, 95 WILTON ROAD LONDON SW1V 1BZ**<br>**UNITED KINGDOM** |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

| Debtor | THE PHOENIX FUND LLC | Case number (if known) 26-00712 (ESL) |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | IT SERVICES | KRYONYX<br><br>531 CALLE JUAN A. DAVILA |
| | State the term remaining | 0 months | San Juan, PR 00918 |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Contract for the exclusive and irrevocable right to administer and direct sale of tax credits. | LA MERCED ELDERLY MANAGER, CORP.<br><br>E. ROOSEVELT DEVELOPMENT<br><br>360 MANUEL DOMENECH AVE. |
| | State the term remaining | 0 months | San Juan, PR 00919 |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SOFTWARE | LEXISNEXIS<br><br>CUSTOMER ACCOUNTING |
| | State the term remaining | 0 months | 9443 SPRINGBORO PIKE |
| | List the contract number of any government contract | | Miamisburg, OH 45342 |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE PLACEMENT AGENT CONTRACT | PARITER SECURITIES LLC<br><br>PO Box 11852 |
| | State the term remaining | 0 months | San Juan, PR 00922 |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | DHG ESCROW ACCOUNT | POPULAR FIDUCIARY SERVICES<br><br>PO Box 362708 |
| | State the term remaining | 0 months | 00936-2708 |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | ADVISORY AGREEMENT | THE PHOENIX FUND ADVISORS LLC<br><br>PO Box 11852 |
| | State the term remaining | 160 months | SAN JUAN, PR 00922 |
| | List the contract number of any government contract | | |

Debtor    **THE PHOENIX FUND LLC**                                    Case number (if known)  **26-00712 (ESL)**

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** _____ _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ _____ _____ |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** _____ _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ _____ _____ |
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** _____ _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ _____ _____ |

Official Form 206G             Schedule G: Executory Contracts and Unexpired Leases                          page  **3**  of  **3**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **THE PHOENIX FUND LLC** |
| United States Bankruptcy Court for the: District of | **Puerto Rico** (State) |
| Case number (If known): | **26-00712 (ESL)** |

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **EDGAR RIVERA** | **PO Box 11852** <br> Street <br> **San Juan, PR 00922** <br> City   State   ZIP Code | **FSC ADVISORS LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | **FRANCISCO J. RIVERA** | **PO Box 11852** <br> Street <br> **San Juan, PR 00922** <br> City   State   ZIP Code | **FSC ADVISORS LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City   State   ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **THE PHOENIX FUND LLC** | Case number (if known) | **26-00712 (ESL)** |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.6 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

Official Form 206H              **Schedule H: Codebtors**              page __2__ of __2__

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **THE PHOENIX FUND LLC** |
| United States Bankruptcy Court for the: | **District of Puerto Rico** |
| Case number (if known): | **26-00712 (ESL)** |

❑ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:  Income

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br><span style="font-size:small">MM/ DD/ YYYY</span> | ❑ Operating a business<br>❑ Other _____ | |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br><span style="font-size:small">MM/ DD/ YYYY   MM/ DD/ YYYY</span> | ☑ Operating a business<br>❑ Other _____ | $13,212,897.00 |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br><span style="font-size:small">MM/ DD/ YYYY   MM/ DD/ YYYY</span> | ☑ Operating a business<br>❑ Other _____ | $10,167,626.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br><span style="font-size:small">MM/ DD/ YYYY</span> | _____ | _____ |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br><span style="font-size:small">MM/ DD/ YYYY   MM/ DD/ YYYY</span> | _____ | _____ |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br><span style="font-size:small">MM/ DD/ YYYY   MM/ DD/ YYYY</span> | _____ | _____ |

---

| Debtor | **THE PHOENIX FUND LLC** | Case number *(if known)* | **26-00712 (ESL)** |
|---|---|---|---|
| | Name | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **PARITER SECURITIES LLC** <br> Creditor's name <br><br> **PO Box 11852** <br> Street <br><br><br> **San Juan, PR 00922** <br> City          State     ZIP Code | 02/19/2026 | $180,000.00 | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ❏ Suppliers or vendors <br> ☑ Services <br> ❏ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **THE PHOENIX FUND ADVISORS LLC** <br> Creditor's name <br> **PO Box 11852** <br> Street <br><br><br> **SAN JUAN, PR 00922** <br> City          State     ZIP Code <br><br> Relationship to debtor <br> **MANAGER** | 02/28/2025 <br><br> 03/13/2025 <br><br> 04/30/2025 <br><br> 05/30/2025 <br><br> 06/30/2025 <br><br> 07/31/2025 <br><br> 08/31/2025 <br><br> 09/30/2025 <br><br> 10/31/2025 <br><br> 11/30/2025 <br><br> 12/31/2025 <br><br> 01/12/2026 | $3,059,165.61 | **OPERATIONAL EXPENSES AND REIMBURSEMENTS UNDER THE ADVISORY AND MANAGEMENT AGREEMENT** |

Debtor **THE PHOENIX FUND LLC**
Name

Case number *(if known)* **26-00712 (ESL)**

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name _____ Street _____ City        State     ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name _____ Street _____ City        State     ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Tomas E. Colon, et al. Vs. The Phoenix Fund LLC, et al.**<br><br>Case number<br>**SJ2024CV11494** | **Collection of money** | **SAN JUAN SUPERIOR COURT**<br>Name<br>_____<br>Street<br>_____<br>**SAN JUAN, PR**<br>City      State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **3**

| Debtor | THE PHOENIX FUND LLC | | Case number *(if known)* | 26-00712 (ESL) |
|---|---|---|---|---|
| | Name | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Madison Re I.I., vs. Phoenix Universal Capital I, LLC | Collection of Monies | **Bayamon Superior Court** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> BY2025CV01872 | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Soltec Partners LATAM S.R.L. Vs. The Phoenix Fund LLC, et al. | Collection of monies | **Costa Rica Supreme Court** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 24-000134-1623-CI-8 | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Tropigas Puerto Rico, Inc. Vs. The Phoenix Fund, LLC, et al. | Breach of contract | **Bayamon Superior Court** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> BY2024CV03559 | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | ZENUS Fund LLC vs. The Phoenix Fund, LLC, et al. | Breach of contract | **US District Court for the District of Puerto Rico** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 25-01356 (GMM) | | | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Novus, Inc. Vs. The Phoenix Fund, LLC, et al. | Breach of Contract | **Bayamon Superior Court** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br> BY2025CV03834 | | | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Axis Holdings, LLC vs. The Phoenix Fund, LLC, et al. | Breach of contract | **Bayamon Superior Court** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> | | | |

Debtor    **THE PHOENIX FUND LLC**                                                     Case number *(if known)*    __26-00712 (ESL)__
          Name

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Jose A. Casal vs. The Phoenix Fund, LLC, et al.** | **Breach of contract** | **Bayamon Superior Court** <br> Name <br><br> Street <br><br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br><br> **BY2026CV00104** | | | |

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **AG SuperMaster Fund vs. The Phoenix Fund LLC, et al.** | **Breach of contract** | **Supreme Court of the State of New York** <br> Name <br><br> Street <br><br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br><br> **Index No. 655931/2025** | | | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Corporación del Fondo de Seguro de Estado vs. The Phoenix Fund LLC, et al.** | **Collection of Monies** | **Bayamon Superior Court** <br> Name <br><br> Street <br><br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br><br> **GB2026CV00133** | | | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Luis Aymat Rivera, et al. Vs. The Phoenix Fund LLC** | **Collection of monies** | **Guaynabo Municipal Court** <br> Name <br><br> Street <br><br> City          State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> **GB2025CV01013** | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City          State      ZIP Code | Case title <br><br><br> Case number <br><br><br> Date of order or assignment | Court name and address <br><br> Name <br><br> Street <br><br> City          State      ZIP Code |

Debtor  **THE PHOENIX FUND LLC**                                     Case number *(if known)*  **26-00712 (ESL)**
Name

| Part 4: | Certain Gifts and Charitable Contributions |

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

Recipient's name

Street

City                    State        ZIP Code

**Recipient's relationship to debtor**

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor **THE PHOENIX FUND LLC**      Case number *(if known)* **26-00712 (ESL)**
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **FUENTES LAW OFFICES, LLC** | **RETAINER** | | **$150,000.00** |
| | Address | | | |
| | **PO Box 9022726** | | | |
| | Street | | | |
| | **San Juan, PR 00902** | | | |
| | City    State    ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **CPA LUIS R. CARRASQUILLO & CO P.S.C.** | **RETAINER** | | **$100,000.00** |
| | Address | | | |
| | **CALLE 28, TI-26** | | | |
| | Street | | | |
| | **Caguas, PR 00725** | | | |
| | City    State    ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **7**

Debtor **THE PHOENIX FUND LLC**
    Name

Case number *(if known)*    **26-00712 (ESL)**

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **ROJAS NIEVES BPJ LLC** | **100% MEMBERSHIP UNITS IN DTP HOLDINGS, LLC; AND CASH** | **08/21/2024** | **$5,167,008.00** |
| | **Address** | | | |
| | **55 CALLE ARZUAGA** <br> Street | | | |
| | **SAN JUAN, PR 00918** <br> City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **JUDGMENT CREDITOR** | | | |

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ <br> Street <br><br> _____ <br> City     State     ZIP Code | From _____ To _____ |

## Part 8: Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **8**

Debtor    **THE PHOENIX FUND LLC**        Case number *(if known)*    **26-00712 (ESL)**
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

Street

| | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City      State    ZIP Code

*Check all that apply:*

❑ Electronically

❑ Paper

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ❑ No

     ❑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

     ❑ No. Go to Part 10.

     ❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ |

     Has the plan been terminated?

     ❑ No

     ❑ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name _____ Street _____ City State ZIP Code | XXXX– _ _ _ _ | ❑ Checking ❑ Savings ❑ Money market ❑ Brokerage ❑ Other _____ | _____ | _____ |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **9**

Debtor **THE PHOENIX FUND LLC**     Case number *(if known)*   **26-00712 (ESL)**
Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|-----------------------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|----------|-------------------------------------------------------------------|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|----------|------------------------------------------|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **10**

Debtor   **THE PHOENIX FUND LLC**                                             Case number *(if known)*   **26-00712 (ESL)**
              Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

❑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ Name | _____ | ❑ Pending |
| **Case number** | _____ Street | _____ | ❑ On appeal |
| _____ | _____ City        State     ZIP Code | _____ | ❑ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City        State     ZIP Code | _____ City        State     ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City        State     ZIP Code | _____ City        State     ZIP Code | _____ | |

| **Part 13:** Details About the Debtor's Business or Connections to Any Business |
|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

❑ None

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **11**

Debtor **THE PHOENIX FUND LLC**
Name

Case number *(if known)* **26-00712 (ESL)**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **BLACKBURN NETWORKS LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Telecommunications** | EIN: **8 3 – 1 1 5 3 6 7 7**<br><br>**Dates business existed**<br><br>From **04/09/2019**   To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.2. **BLACKBURN INTERNATIONAL LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Telecommunications** | EIN: __ __ – __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From **09/20/2021**   To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.3. **DE DIEGO CAPITAL LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Real Estate** | EIN: **6 6 – 1 0 4 0 0 9 6**<br><br>**Dates business existed**<br><br>From **05/17/2023**   To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.4. **FILM HEROES LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Film Production** | EIN: **6 6 – 0 9 0 5 0 5 2**<br><br>**Dates business existed**<br><br>From **05/17/2021**   To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.5. **FIRST AGENCY LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Insurance** | EIN: **6 6 – 0 9 1 2 8 3 6**<br><br>**Dates business existed**<br><br>From **12/13/2018**   To _____ |

Debtor   **THE PHOENIX FUND LLC**
Name

Case number *(if known)*   **26-00712 (ESL)**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.6. **GOLDEN TRIANGLE, LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City          State     ZIP Code | **Financial Instruments** | EIN: **6 6** – **1 0 8 5 8 9 6**<br><br>Dates business existed<br><br>From **11/24/2024**   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.7. **ISOLA CAPITAL LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City          State     ZIP Code | **(Dormant)** | EIN: **6 6** – **1 0 3 5 1 2 9**<br><br>Dates business existed<br><br>From **03/22/2023**   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.8. **ISP PARTNERS LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City          State     ZIP Code | **Telecommunications** | EIN: **6 6** – **0 9 3 6 9 6 0**<br><br>Dates business existed<br><br>From **01/10/2019**   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.9. **ISP TELECOM NETWORKS LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City          State     ZIP Code | **Telecommunications** | EIN: \_\_ \_\_ – \_\_ \_\_ \_\_ \_\_ \_\_ \_\_<br><br>Dates business existed<br><br>From **01/24/2020**   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.10. **PARAGON CAPITAL LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City          State     ZIP Code | **(Dormant)** | EIN: **6 6** – **0 9 2 1 7 8 3**<br><br>Dates business existed<br><br>From **08/23/2019**   To _____ |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **13**

Debtor **THE PHOENIX FUND LLC**
Name

Case number *(if known)* __**26-00712 (ESL)**__

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.11. **PHOENIX GLOBAL TECH LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City State ZIP Code | **Telecommunications** | EIN: **6 6** – **0 9 7 4 8 8 9**<br><br>**Dates business existed**<br><br>From **04/15/2021** To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.12. **PHOENIX MEDIA AND ENTERTAINMENT LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City State ZIP Code | **Film Production** | EIN: **6 6** – **1 0 4 7 5 8 9**<br><br>**Dates business existed**<br><br>From **05/31/2022** To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.13. **PHOENIX SPORTS MANAGEMENT LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City State ZIP Code | **Sports Management** | EIN: **6 6** – **1 0 3 2 4 8 5**<br><br>**Dates business existed**<br><br>From **05/17/2022** To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.14. **PHOENIX SUNSHINE LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City State ZIP Code | **Financial Instruments** | EIN: **6 6** – **1 0 3 2 9 1 0**<br><br>**Dates business existed**<br><br>From **02/28/2023** To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.15. **PHOENIX TC WHSE LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City State ZIP Code | **Financial Instruments** | EIN: **6 6** – **0 9 8 5 1 9 3**<br><br>**Dates business existed**<br><br>From **08/03/2021** To _____ |

Debtor    **THE PHOENIX FUND LLC**
Name

Case number *(if known)*    **26-00712 (ESL)**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.16. **PHOENIX TC WHSE II LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Financial Instruments** | EIN: **6 6** – **1 0 2 1 1 8 9**<br><br>**Dates business existed**<br><br>From **10/04/2022**    To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.17. **PHOENIX UNIVERSAL CAPITAL I LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Insurance** | EIN: **8 5** – **3 2 3 7 2 6 4**<br><br>**Dates business existed**<br><br>From **08/01/2023**    To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.18. **PROTECTIVE SUPPLIES LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Joint Venture** | EIN: **6 6** – **1 0 3 5 2 9 2**<br><br>**Dates business existed**<br><br>From **12/22/2022**    To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.19. **PROTECTIVE VENTURES LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Holding Company** | EIN: **6 6** – **1 0 3 0 8 5 2**<br><br>**Dates business existed**<br><br>From **12/26/2022**    To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.20. **PUC HOLDINGS LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Holding Company** | EIN: **6 6** – **0 9 7 6 1 7 1**<br><br>**Dates business existed**<br><br>From **04/28/2021**    To _____ |

Debtor    **THE PHOENIX FUND LLC**
          Name

Case number *(if known)*     **26-00712 (ESL)**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.21.  **PUNTA CANDELERO MANAGEMENT GROUP LLC**
Name
**PO Box 11852**
Street

**San Juan, PR 00922**
City          State    ZIP Code

**Real Estate**

EIN: **6 6 – 1 0 7 7 5 7 4**

**Dates business existed**

From **08/14/2024**   To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.22.  **RMK HOLDINGS LLC**
Name
**PO Box 11852**
Street

**San Juan, PR 00922**
City          State    ZIP Code

**Pharmaceuticals**

EIN: **6 6 – 1 0 4 8 3 4 7**

**Dates business existed**

From **08/06/2023**   To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.23.  **SMART KONNEX LLC**
Name
**PO Box 11852**
Street

**San Juan, PR 00922**
City          State    ZIP Code

**Telecommunications**

EIN: **6 6 – 1 0 3 3 0 1 3**

**Dates business existed**

From **03/01/2023**   To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.24.  **SPICY ENTERPRISES LLC**
Name
**PO Box 11852**
Street

**San Juan, PR 00922**
City          State    ZIP Code

**Film Production**

EIN: **6 6 – 0 9 8 9 9 7 8**

**Dates business existed**

From **09/22/2021**   To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.25.  **SUNSHINE HOLDINGS LLC**
Name
**PO Box 11852**
Street

**San Juan, PR 00922**
City          State    ZIP Code

**Holding Company**

EIN: **6 6 – 1 0 4 0 5 2 2**

**Dates business existed**

From **05/22/2023**   To _____

Debtor   **THE PHOENIX FUND LLC**
_____   Case number *(if known)*   __**26-00712 (ESL)**__
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.26.   **TOWER ACQUISITION GROUP LLC**
Name

**PO Box 11852**
Street

**San Juan, PR 00922**
City          State     ZIP Code

**Real Estate**

EIN: **6 6** – **0 8 5 9 1 1 9**

**Dates business existed**

From **05/18/2016**   To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.27.   **TOWER DEVELOPMENT GROUP LLC**
Name

**PO Box 11852**
Street

**San Juan, PR 00922**
City          State     ZIP Code

**Real Estate**

EIN: **6 6** – **0 8 6 7 9 9 0**

**Dates business existed**

From **10/27/2016**   To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.28.   **TOWER EQUITY GROUP LLC**
Name

**PO Box 11852**
Street

**San Juan, PR 00922**
City          State     ZIP Code

**Real Estate**

EIN: **6 6** – **0 8 6 8 2 6 7**

**Dates business existed**

From **10/27/2016**   To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.29.   **TOWER HOLDINGS GROUP LLC**
Name

**PO Box 11852**
Street

**San Juan, PR 00922**
City          State     ZIP Code

**Real Estate**

EIN: **6 6** – **0 8 6 8 1 4 3**

**Dates business existed**

From **10/27/2016**   To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.30.   **TOWER MANAGEMENT GROUP LLC**
Name

**PO Box 11852**
Street

**San Juan, PR 00922**
City          State     ZIP Code

**Real Estate**

EIN: **6 6** – **0 8 6 8 2 0 0**

**Dates business existed**

From **10/27/2016**   To _____

Debtor **THE PHOENIX FUND LLC**
Name

Case number *(if known)* **26-00712 (ESL)**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.31. **TOWER PROPERTIES GROUP LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Real Estate** | EIN: **6 6** – **0 8 8 0 2 8 3**<br><br>**Dates business existed**<br><br>From **05/27/2017** To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.32. **TPF UNIVERSAL SERIES E LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Insurance** | EIN: \_\_ \_\_ – \_\_ \_\_ \_\_ \_\_ \_\_<br><br>**Dates business existed**<br><br>From **01/16/2019** To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.33. **VANGUARD INTERNATIONAL LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Insurance** | EIN: **6 6** – **0 9 7 8 8 8 5**<br><br>**Dates business existed**<br><br>From **05/26/2021** To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.34. **VENTURES ENTERTAINMENT LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Film Production** | EIN: **6 6** – **1 0 3 6 1 5 0**<br><br>**Dates business existed**<br><br>From **04/03/2023** To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.35. **VSC GROUP LLC**<br>Name<br>**PO Box 11852**<br>Street<br><br>**San Juan, PR 00922**<br>City    State    ZIP Code | **Insurance** | EIN: **6 6** – **0 9 1 2 0 4 7**<br><br>**Dates business existed**<br><br>From **08/16/2018** To _____ |

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **18**

Debtor   **THE PHOENIX FUND LLC**
Name

Case number *(if known)*   **26-00712 (ESL)**

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.36. **PHARMA GLOBAL STRATEGIES LLC** Name **PO Box 11852** Street **San Juan, PR 00922** City    State    ZIP Code | **(Dormant)** | EIN: ____ – ____ ____ **Dates business existed** From **08/06/2023**   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.37. **AXL WEALTH GROUP LP** Name **PO Box 11852** Street **San Juan, PR 00922** City    State    ZIP Code | **Financial Services** | EIN: ____ – ____ ____ **Dates business existed** From **08/12/2022**   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.38. **BLUE SKY GROUP LLC** Name **PO Box 11852** Street **San Juan, PR 00922** City    State    ZIP Code | **FBO Services** | EIN: **6 6** – **0 9 8 2 7 9 1** **Dates business existed** From **07/07/2021**   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.39. **CINE CONDADO ENTERTAINMENT LLC** Name **PO Box 11852** Street **San Juan, PR 00922** City    State    ZIP Code | **Film Production** | EIN: ____ – ____ ____ **Dates business existed** From **01/27/2014**   To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.40. **DTP HOLDINGS LLC** Name **PO Box 11852** Street **San Juan, PR 00922** City    State    ZIP Code | **Real Estate** | EIN: **6 6** – **1 0 4 1 1 7 8** **Dates business existed** From **05/26/2023**   To _____ |

Debtor  **THE PHOENIX FUND LLC**
Name

Case number *(if known)* ___**26-00712 (ESL)**___

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.41. **HUERTAS COLLEGE INC.**
Name
**PO Box 11852**
Street
_____
**San Juan, PR 00922**
City      State    ZIP Code

**Education**

EIN: **6 6** – **0 2 8 6 0 5 2**

**Dates business existed**

From **08/19/1969**  To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.42. **MADISON RE, I.I.**
Name
**PO Box 11852**
Street
_____
**San Juan, PR 00922**
City      State    ZIP Code

**Insurance**

EIN: **6 6** – **0 8 4 4 1 1 7**

**Dates business existed**

From **07/23/2015**  To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.43. **OFFABBOT SPORTS LLC**
Name
**PO Box 11852**
Street
_____
**San Juan, PR 00922**
City      State    ZIP Code

**Sports Management**

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____  To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.44. **PADRE MEDIA LLC**
Name
**PO Box 11852**
Street
_____
**San Juan, PR 00922**
City      State    ZIP Code

**Technology**

EIN: **6 6** – **0 9 1 5 0 3 1**

**Dates business existed**

From **01/23/2019**  To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.45. **ZENUS FUND, LLC**
Name
**PO Box 11852**
Street
_____
**San Juan, PR 00922**
City      State    ZIP Code

**Financial Instruments**

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From **01/30/2019**  To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

---

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page **20**

Debtor   **THE PHOENIX FUND LLC**                                          Case number *(if known)*   __**26-00712 (ESL)**__
Name

| Name and address | Dates of service |
|---|---|

26a.1.   **MARCOS VÉLEZ GREEN**                                          From **04/01/2018**   To **02/23/2026**
Name

**PMB 555, 1353 AVE. LUIS VIGOREAUX**
Street

**Guaynabo, PR 00966**
City                                  State           ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.   **MARCOS VÉLEZ GREEN**                                          From **04/01/2018**   To **02/23/2026**
Name

**PMB 555, 1353 AVE. LUIS VIGOREAUX**
Street

**Guaynabo, PR 00966**
City                                  State           ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**MARCOS VÉLEZ GREEN**
Name

**PMB 555, 1353 AVE. LUIS VIGOREAUX**
Street

**Guaynabo, PR 00966**
City                                  State           ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.   **ACRECENT FINANCIAL LLC**
Name

**PO Box 363372**
Street

**A/K/A SIGNUS**

**SAN JUAN, PR 00936-3372**
City                                  State           ZIP Code

Debtor **THE PHOENIX FUND LLC**
Name

Case number *(if known)* **26-00712 (ESL)**

| Name and address |
| --- |

26d.2. **OFICINA COMISIONADO INT. FINANCIERAS**
Name

**1492 AVE. PONCE DE LEON SUITE 600**
Street

**San Juan, PR 00907**
City · State · ZIP Code

| Name and address |
| --- |

26d.3. **ALLVUE**
Name

**396 ALHAMBRA CIR #11**
Street

**Miami, FL 33134**
City · State · ZIP Code

| Name and address |
| --- |

26d.4. **FSC ADVISORS LLC**
Name

**441 NINTH AVENUE 20TH FLOOR**
Street

**D/B/A BREVET CAPITAL ADVISORS**

**NEW YORK, NY 10001**
City · State · ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.

Name

Street

City · State · ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **THE PHOENIX FUND ADVISORS LLC** | **PO Box 11852 SAN JUAN, PR 00922** | **GENERAL PARTNER, MANAGER, & REGISTERED INVESTMENT ADVISOR,** | **0.00%** |
| **FRANCISCO J. RIVERA** | **PO Box 11852 San Juan, PR 00922** | **PRESIDENT,** | **0.00%** |

Official Form 207 · **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** · page **22**

Debtor   **THE PHOENIX FUND LLC**          Case number *(if known)*    **26-00712 (ESL)**
      Name

| | | | |
|---|---|---|---|
| **THE PHOENIX FUND ADVISORS LLC** | PO Box 11852 SAN JUAN, PR 00922 | **Holder of Class P membership units,** | **100.00%** |
| **EDGAR RIVERA** | PO Box 11852 San Juan, PR 00922 | **General Counsel & Authorized Person,** | **0.00%** |
| **MARCOS VÉLEZ GREEN** | PMB 555, 1353 AVE. LUIS VIGOREAUX Guaynabo, PR 00966 | **TREASURER,** | **0.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City      State      ZIP Code

**Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** Signature and Declaration

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **23**

Debtor      **THE PHOENIX FUND LLC**                                    Case number *(if known)*      **26-00712 (ESL)**
            Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**03/05/2026**___
                 MM/   DD/   YYYY


**X** **/s/ FRANCISCO J. RIVERA FERNANDEZ**          Printed name _____**FRANCISCO J. RIVERA FERNANDEZ**_____
       Signature of individual signing on behalf of the debtor


       Position or relationship to debtor _____**PRESIDENT**_____


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑No
☐Yes

Official Form 207                     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                     page **24**