**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE PHOENIX FUND LLC[1]<br><br>Debtor | Case No. 26-00712 (ESL)<br><br>Chapter 11 |

**MOTION SUBMITTING PRELIMINARY**
**BANKRUPTCY RULE 2015.3 FINANCIAL REPORTS**

TO THE HONORABLE ENRIQUE S. LAMOUTTE
UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW** Driven, P.S.C. ("Driven" or the "Receiver"), as appointed receiver pursuant to the *Amended Complaint and Receiver Order* (the "Complaint and Receiver Order"), hereby states as follows:

1.      The Petition Date in the captioned case was February 23, 2026. See, Docket No. 1.

2.      The 341 meeting of creditors (the "341 Meeting") is scheduled for March 30, 2026. See, Docket No. 3.

3.      Fed R. Bankr. Pr. 2015.3 states that "[i]n a Chapter 11 case, the trustee or debtor in possession must file periodic financial reports of the value, operations, and profitability of each entity in which the estate holds a substantial or controlling interest—unless the entity is a publicly traded corporation or a debtor in a bankruptcy case. The reports must be prepared as prescribed by Form 426 and be based on the most recent information reasonably available to the filer". See, FRBP 2015.3(a).

---

[1] Prior to the date of filing of the captioned case (the "Petition Date"), on February 18, 2026, the Office of the Commissioner of Financial Institutions of Puerto Rico ("OCIF") issued the Complaint and Receiver Order whereby Driven was appointed as receiver of The Phoenix Fund, LLC (the "Fund"), with, *inter alia*, authority to act as debtor-in-possession in any bankruptcy proceeding. Thus, Driven is appearing as representative of the Fund's bankruptcy estate (the "Estate").

1

4. The Receiver is hereby submitting–based on and relying on the reasonably available financial data derived from the Fund's books and records at the time of their preparation[2]–its preliminary reports under Fed. R. Bankr. Pr. 2015.3 (the "Bankruptcy Rule 2015.3 Financial Reports"). In particular, the Receiver is still in the process of validating the extent of the Estate's interests in the entities listed in the Bankruptcy Rule 2015.3 Financial Reports.

5. The Receiver will continue submitting the Bankruptcy Rule 2015.3 Financial Reports within the timeframe set forth Fed. R. Bankr. Pr. 2015.3(b) based on the data that becomes available to it as the captioned case progresses.

**RESPECTFULLY SUBMITTED**,

San Juan, Puerto Rico, this 26th day of March 2026.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system, including the U.S. Trustee.

M P M | **MARINI PIETRANTONI MUÑIZ LLC**
*Proposed Attorneys for Driven, P.S.C. as appointed Receiver for The Phoenix Fund LLC*

250 Ponce de León Ave., Suite 900
San Juan, PR 00918
Office 787.705.2171
Fax 787.936.7494

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC-PR No. 222301
lmarini@mpmlawpr.com

*/s/ Mauricio O. Muñiz-Luciano*
Mauricio O. Muñiz-Luciano
USDC-PR No. 220914

---

[2] For the avoidance of doubt, the Receiver clarifies that, since the issuance of the Complaint and Receiver Order, it has not received any information from the Fund in connection with the entities listed in the Bankruptcy Rule 2015.3 Financial Reports. The information set forth in such reports was provided to the Receiver as of part of the examination conducted prior to the Complaint and Receiver Order.

mmuniz@mpmlawpr.com

*/s/ Ignacio J. Labarca-Morales*
Ignacio J. Labarca-Morales
USDC-PR No. 303307
ilabarca@mpmlawpr.com