**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

THE PHOENIX FUND LLC[1]

Debtor

Case No. 26-00712 (ESL)

Chapter 11

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE PHOENIX FUND LLC'S
BANKRUPTCY RULE 2015.3 FINANCIAL REPORTS**

The information and valuations included in Driven, P.S.C. ("Driven" or the "Receiver") , as appointed receiver pursuant to the *Amended Complaint and Receiver Order* (the "Complaint and Receiver Order"), preliminary report filed pursuant to Fed. R. Bankr. Pr. 2015.3 (the "Bankruptcy Rule 2015.3 Financial Reports") are unaudited and reflect the Receiver's reasonable efforts to report certain financial information of the Fund on a stand-alone basis. These Bankruptcy Rule 2015.3 Financial Reports neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Fund.

In preparing the Bankruptcy Rule 2015.3 Financial Reports, the Receiver relied on financial data derived from the Fund's books and records that was available at the time of such preparation. Specifically, since the issuance of the Complaint and Receiver Order, it has not received any information from the Fund in connection with the entities listed in the Bankruptcy Rule 2015.3 Financial Reports. The information set forth in such reports was provided to the Receiver as of part of the examination conducted prior to the Complaint and Receiver Order.

Although the Receiver has made commercially reasonable efforts to ensure the accuracy and completeness of the Bankruptcy Rule 2015.3 Financial Reports, subsequent information or discovery may result in material changes to the Bankruptcy Rule 2015.3 Financial Reports, in which event the Receiver will timely supplement the same. As a result, however, inadvertent errors or omissions may exist in these Bankruptcy Rule 2015.3 Financial Reports. Accordingly, the Receiver and its directors, managers, officers, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Bankruptcy Rule

---

[1] Prior to the date of filing of the captioned case (the "Petition Date"), on February 18, 2026, the Office of the Commissioner of Financial Institutions of Puerto Rico ("OCIF") issued the Complaint and Receiver Order whereby Driven was appointed as receiver of The Phoenix Fund, LLC (the "Fund"), with, *inter alia*, authority to act as debtor-in-possession in any bankruptcy proceeding. Accordingly, the Receiver appears herein as representative of the Fund's bankruptcy estate (the "Estate").

2015.3 Financial Reports. In no event shall the Receiver or its directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Estate or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Receiver or its directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Bankruptcy Rule 2015.3 Financial Reports have been signed by Ryan Marín-Charneco, Shareholder of Driven, P.S.C., designated representative of the estate and authorized signatory of the Fund. Mr. Marín-Charneco has reviewed and verified all of the Bankruptcy Rule 2015.3 Financial Reports. In reviewing the Bankruptcy Rule 2015.3 Financial Reports, Mr. Marín-Charneco has relied upon the efforts, statements, advice, and representations of personnel of the Fund and its prior professionals. Given the scale of the Fund's business and the procedural background in which the OCIF intervened the Fund and appointed the Receiver, Mr. Marín-Charneco has not (and practically could not have) personally verified the accuracy of each statement and representation in the Bankruptcy Rule 2015.3 Financial Reports, including, but not limited to, the valuation of the entities described therein.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Bankruptcy Rule 2015.3 Financial Reports. Accordingly, the Bankruptcy Rule 2015.3 Financial Reports remain subject to further review and verification by the Receiver. The Receiver reserves the right to amend the Bankruptcy Rule 2015.3 Financial Reports from time to time as may be necessary or appropriate, and, in compliance with Fed. R. Bankr. Pr. 2015.3(b), at least every six (6) months after today's date; provided, that the Receiver, its agents, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except to the extent required by applicable law.

**Fill in this information to identify the case:**

Debtor Name **THE PHOENIX FUND LLC**_____

United States Bankruptcy Court for the:____**Puerto Rico**_____ District of _____
(State)

Case number: __**26-00712 (ESL)**_____

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest
**12/17**

This is the *Periodic Report* as of │ **See Exhibit 1** │ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| See Exhibit 1 | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name  __THE PHOENIX FUND, LLC_____  Case number__ 26-00712 (ESL)_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| | |
|---|---|
| **For non-individual Debtors:** | ✘ _____<br>Signature of Authorized Individual<br><br>__Ryan Marin of Driven P.S.C._____<br>Printed name of Authorized Individual<br><br>Date _03_ _26_ _2026_<br>　　　MM /　DD　/ YYYY |

| | |
|---|---|
| **For individual Debtors:** | ✘ _____<br>Signature of Debtor 1<br><br>_____<br>Printed name of Debtor 1<br><br>Date _____<br>　　MM /　DD　/ YYYY | ✘ _____<br>Signature of Debtor 2<br><br>_____<br>Printed name of Debtor 2<br><br>Date _____<br>　　MM /　DD　/ YYYY |

Debtor Name   **THE PHOENIX FUND, LLC**                                         Case number **26-00712 (ESL)**

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

See, Exhibit 3.

Debtor Name   **THE PHOENIX FUND, LLC**                                Case number **26-00712 (ESL)**

---

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

See, Exhibit 3.

---

Official Form 426          Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability          page **4**

Debtor Name   **THE PHOENIX FUND, LLC**                                        Case number **26-00712 (ESL)**

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

 (i) For the initial report:

   a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b.  the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

See, Exhibit 3.

Debtor Name    **THE PHOENIX FUND, LLC**                                    Case number   **26-00712 (ESL)**

---

| **Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [date]** |

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

## See, Exhibit 3.

Debtor Name   **THE PHOENIX FUND, LLC**                                        Case number  **26-00712 (ESL)**

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity]
for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

See, Exhibits 2 and 3.

Debtor Name   **THE PHOENIX FUND, LLC**                                    Case number   **26-00712 (ESL)**

---

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

---

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]


See, Exhibits 1, 2 and 3.

Debtor Name   **THE PHOENIX FUND, LLC**                                   Case number   **26-00712 (ESL)**

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

N/A

Debtor Name   **THE PHOENIX FUND, LLC**                              Case number  **26-00712 (ESL)**

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

See, Exhibit 1,2, and 3.

Debtor Name   **THE PHOENIX FUND, LLC**                                      Case number **26-00712 (ESL)**

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Official Form 426          Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability                    page **11**