# EXHIBIT - 1

## Entities Subject to The Phoenix Fund LLC Substantial or Controlling Interest

### Finance and Insurance Sector

| |
|---|
| 1)  PUC Holdings |
| 2)  VSC Group LLC |
| 3)  Phoenix Universal I LLC |

### Sports, Media and Entertainment Sector

| |
|---|
| 4)  Cine Condado Entertainment LLC |
| 5)  Phoenix Media and Entertainment LLC |
| 6)  Ventures Entertainment LLC |

### Other

| |
|---|
| 7)  Phoenix TC Whse LLC |
| 8)  Protective Ventures LLC |
| 9)  Sunshine Holdings LLC |
| 10) Film Heroes LLC |
| 11) LGH LLC |
| 12) Protective Supplies LLC |

### Pharmaceutical & Health

| |
|---|
| 13) Romark Holdings LLC |

### Technology

| |
|---|
| 14) BBNet Technologies SA |
| 15) Blackburn Technologies |
| 16) Blackburn Network Group |
| 17) Blackburn International LLC |

| 18) HTI High Trend International LLC |
| 19) HTB Brazil |
| 20) Conecta LLC |
| 21) Proteres |
| 22) Lyon |
| 23) SmartRJ |
| 24) Conecta Feira |
| 25) Conecta Aracaju |
| 26) Conecta Campinas |
| 27) Conecta Ribeirao Preto |
| 28) ISP Partners LLC |
| 29) Padre Media LLC d/b/a Guiding Tech Media |
| 30) Zeus LLC |
| 31) Smart Konnex LLC |
| 32) Blue Sky Group LLC |
| 33) BN Costa Rica LLC |

**Real Estate**

| 34) De Diego Capital LLC |
| 35) Dorado Tech Park |
| 36) Omega Communities |
| 37) Tower Entities |
|     a)  Tower Acquisition Group LLC |
|     b)  Tower Development Group LLC |
|     c)  Tower Management Group LLC |
|     d)  Tower Holdings Group LLC |
|     e)  Tower Properties Group LLC |
|     f)  Tower Equity Group LLC |