# EXHIBIT - 2

## Summary of Equity Interests Held by The Phoenix Fund, LLC[1]

| Industry / Portfolio Company Name | Phoenix Fund Equity % | Cost | | Fair Value |
|---|---|---|---|---|
| **Finance and Insurance** | | $ | **27,493,794** | $ **27,452,898** |
| PUC Holdings LLC | 100% | $ | 27,493,794 | $ 27,452,898 |
| | | | | |
| **Sports, Media & Entertainment** | | $ | **4,765,722** | $ **-** |
| Cine Condado Entertainment LLC | 100% (Class A Preferred) | $ | 1,186,591 | $ - |
| Phoenix Media and Entertainment LLC | 100% | $ | 3,401,884 | $ - |
| Ventures Entertainment LLC | 100% | $ | 177,247 | $ - |
| | | | | |
| **Other** | | $ | **41,196,383** | $ **5,722,893** |
| Phoenix TC WHSE LLC | 100% | $ | 22,194,383 | $ 5,722,893 |
| Protective Ventures LLC | 100% | $ | 15,000,000 | $ - |
| Sunshine Holdings LLC | 100% | $ | 4,002,000 | $ - |
| | | | | |
| **Pharmaceutical & Health** | | $ | **316,000** | $ **316,000** |
| Romark Holdings LLC | 100% | $ | 316,000 | $ 316,000 |
| | | | | |
| **Technology** | | $ | **156,346,889** | $ **350,268,251** |
| BBNet Technologies SA | 100% | $ | 57,648 | $ - |
| Blackburn Network Group | 100% | $ | 92,885,950 | $ 55,400,000 |
| | | | | |
| HTI High Trend International LLC | 25% | $ | 50,246,577 | $ 271,994,000 |
| ISP Partners LLC | 100% | $ | 6,640,000 | $ - |
| Padre Media, LLC *dba* Guiding Tech Media | 50% | $ | 6,360,001 | $ 22,874,251 |
| Smart Konnex LLC | 100% | $ | 156,713 | $ - |
| | | | | |
| | | | | |
| **Real Estate** | | $ | **31,011,947** | $ **86,278,158** |
| Blue Sky Group LLC | 49% | $ | 2,640,000 | $ 32,440,000 |
| De Diego Capital LLC | 100% | $ | 181,146 | $ 138,158 |
| Dorado Health Group LLC | 10% | $ | 5,700,000 | $ 5,700,000 |
| Tower Entities / Tower Acquisition Group LLC | 100% | $ | 22,490,801 | $ 48,000,000 |

---

[1] The valuations set forth herein were provided by the Fund to the Receiver as of March 31, 2025.

[2] PUC Holdings LLC includes Madison Re II, UNICO, VSC Group LLC and PUC I. Phoenix TC WHSE LLC includes Film Heroes, LLC and LGH LLC. Protective Ventures LLC includes Protective Supplies LLC

