M | P | M

MARINI  PIETRANTONI  MUÑIZ LLC

Marini Pietrantoni Muniz LLC                                          T: 787.705.2171
250 Ponce de León Ave., Suite 900                                    F: 787.936.7494

San Juan, PR 00918                                                   mpmlawpr.com

April 3, 2026

**VIA EMAIL:** frivera@fjrenterprises.com

**The Phoenix Fund Advisor, LLC**
Attn. Francisco J. Rivera

Villa Caparra
243 Carr. #2
Guaynabo, PR 00966

**Re: Notice of Immediate Termination of Advisory Agreement**

Dear Mr. Rivera:

As you are aware, by virtue of the *Amended Complaint and Order of (I) Cease and Desist, (II) Liquidation of Private Equity Fund and (III) Interim and Permanent Appointment of Receiver to Carry Out the Liquidation* issued on February 18, 2026 (the "Complaint and Receivership Order") by the Office of the Commissioner of Financial Institutions ("OCIF"), Driven, P.S.C. ("Driven") was appointed as receiver for The Phoenix Fund, LLC (the "Fund"). As you are further aware, on March 11, 2026, the Bankruptcy Court for the District of Puerto Rico (the "Court") issued an *Opinion and Order* granting OCIF's **(i)** request for a determination that the automatic stay is inapplicable to the Complaint and Receivership Order and **(ii)** a motion for an order recognizing authority of Driven to act on behalf of the Fund, as debtor-in-possession, in Bankruptcy Case Num. 26-00712 (ESL) (the "Bankruptcy Case").

Pursuant to the foregoing, this letter serves as formal notice from Driven, acting on behalf of the bankruptcy estate of the Fund, to The Phoenix Fund Advisor LLC ("Advisor") of the immediate termination of that certain *Advisory Agreement* (the "Agreement") dated April 4, 2018, by and between the Fund and the Advisor.

Driven is notifying of such termination pursuant to Section 14 thereof, which states, in its relevant part, that the same may be terminated at any time by the Fund for "[c]ause", noting that "Cause" is defined in the Agreement as "[w]ith respect to the termination of this Agreement means fraud, criminal conduct, willful misconduct, or material breach of this Agreement by the Advisor." As you are aware, the Agreement states that, the Advisor's duties, included, *inter alia* the responsibility to "make on behalf of the Fund any required filings with government authorities, and take on behalf of the Fund any actions required to ensure continued compliance by the Fund with Act 185", a duty that, as is made evident by the Complaint and Receivership Order, the Advisor failed to comply with.

MARINI  PIETRANTONI  MUÑIZ LLC

Please be further aware that, pursuant to Section 14 of the Agreement, Driven fully expects the Advisor to provide an orderly management transition of the Fund's affairs, including assets, books and records. For the avoidance of doubt, should the Advisor fail to comply with such orderly transition, Driven reserves all rights to seek remedies from the Court.

Cordially,

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi, Esq.
lmarini@mpmlawpr.com

*/s/ Mauricio O. Muñiz-Luciano*
Mauricio O. Muñiz-Luciano, Esq.
mmuniz@mpmlawpr.com

*/s/ Ignacio J. Labarca-Morales*
Ignacio J. Labarca-Morales, Esq.
ilabarca@mpmlawpr.com

cc:     Raúl González Toro, Esq., Counsel for The Phoenix Fund Advisor, LLC (rgt@rgtlawpr.com); (rgtlaw@ymail.com)